IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                     Plaintiff,

v.

EDREECE NANCE,

                     Defendant.

ORDER

20-cr-59-jdp

---

    Defendant Edreece Nance pleaded guilty to possession with intent to distribute 50 grams or more of methamphetamine, and he was sentenced to a term of imprisonment of 78 months. At sentencing, I recommended to the BOP that defendant be afforded prerelease placement in a residential reentry center with work release privileges.

    Defendant now requests that after 30 months of confinement, that he be permitted to serve the balance of his sentence on home confinement. Dkt. 54. He says that after 30 months he will have completed all the programs available to him at the institution and that serving the rest of his sentence on home confinement would assist him in readjusting to living in the community.

    Where defendant serves his sentence will be up to the BOP. I have already recommended that defendant be afforded pre-release placement in a residential reentry center, to help defendant adjust to life in the community. But my recommendation is not binding, and the length of any pre-release placement will be up to the BOP. But prerelease placement is for a limited time, generally less than a year.

    Defendant is essentially asking me to modify his sentence. But I can modify a sentence that I have imposed only limited circumstances, none of which apply here. I am pleased that

defendant is motivated to participate in programming, and I understand his interest in returning to the community as soon as possible. But defendant's motion is DENIED.

Entered March 16, 2021.

                                                BY THE COURT:

                                                /s/

                                                _____
                                                JAMES D. PETERSON
                                                District Judge